JOSEPH GORMAN, JR., Appellant, v. AUSTANA A. PIERCE and Another, Respondents.—Action to recover for personal injuries sustained by plaintiff by being struck at night by defendants' automobile while engaged in his duties as a police officer. Judgment for the defendants entered upon the verdict of the jury and order denying plaintiff's motion for a new trial reversed on the law and the facts and a new trial granted, with costs to abide the event. In our opinion, the verdict is contrary to the practically uncontradicted evidence on the questions of negligence and contributory negligence, and for that reason, as well as because of the erroneous charge of the court at folio 220, and in the interest of justice, there should be a new trial. Carswell, Scudder, Tompkins and Johnston, JJ., concur; Lazansky, P. J., concurs for a new trial on the ground it was error to exclude admissions made by defendant Harry Gordon Pierce before the magistrate.

ANNA HENNIGAN, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Judgment in favor of the plaintiff in action to recover damages for personal injuries sustained by her when the heel of her shoe caught in an opening in the defendant's station platform, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Johnston, JJ.

JOHN HOENIG, Appellant, v. CENTRAL STAMPING COMPANY, Respondent, and SAVORY, INC., Defendant.— When plaintiff was lifting a ten-gallon pot or urn almost filled with coffee, one of the handles broke, the coffee spilled and plaintiff's right hand was scalded. On the trial of an action brought by him for damages, against the distributor and the manufacturer, his complaint was dismissed on the merits as to both defendants. Plaintiff appeals from the dismissal of the complaint as to Central Stamping Company, the manufacturer, only. Judgment in so far as appealed from reversed on the law and the facts and a new trial granted, costs to abide the event, upon the ground that the determination is against the weight of the evidence. Lazansky, P. J., Young, Hagarty, Tompkins and Johnston, JJ., concur.

JOHN H. HOUSE, Respondent, v. A. A. MITCHELL, Appellant, and J. F. McGOVERN, Defendant.— In an action on a promissory note made by defendant McGovern to the appellant and indorsed to plaintiff, order granting plaintiff's motion for summary judgment and the judgment entered thereon reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In our opinion, the record discloses that in this action there are issues which cannot be tried on affidavits. The mere form of the indorsement is not conclusive against the appellant, but his explanation in his affidavit, if true, furnishes a complete defense. Lazansky, P. J., Young, Hagarty, Tompkins and Johnston, JJ., concur.